76 August 5, 2026 No. 750

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

In the Matter of I. G. F.,
a Child.

DEPARTMENT OF HUMAN SERVICES,
*Petitioner-Respondent,*

*v.*

S. F.,
*Appellant.*

Clackamas County Circuit Court
22JU02133; A189688

Cody M. Weston, Judge.

Submitted June 12, 2026.

George W. Kelly filed the brief for appellant.

Erin K. Galli, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.*

EGAN, J.

Affirmed.

_____
\* Determined by a two-judge department as authorized by ORS 2.570(2)(b).

**EGAN, J.**

Mother appeals a judgment entered following a review hearing regarding her child. Appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.

The trial court held a hearing and ordered that the child's permanency plan of APPLA (another planned permanent living arrangement) remain in place. The trial court made the findings required by ORS 419B.449(3)(d) and (e) that child was progressing adequately towards graduation from high school, that the resource parents were following the reasonable and prudent parent standard, and that the child has regular, ongoing opportunities to engage in age-appropriate activities. Those findings were supported by the testimony and exhibits.

Having reviewed the record, including the trial court file, the transcript of the hearings, and the *Balfour* brief, we have identified no arguably meritorious issues.

Affirmed.